TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00573-CR






Michael Berry, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-01-462, HONORABLE CHARLES RAMSAY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Alexander L. Calhoun, is ordered to tender a brief in this cause no later than June 2,
2003. No further extension of time will be granted.

It is ordered May 15, 2003. 


Before Justices Kidd, Yeakel and Patterson

Do Not Publish